Jared P. Green
Nevada Bar No. 10059
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101
Email:   jared.green@mccormickbarstow.com

Attorneys for Defendant OREGON MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA LUCERO, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>OREGON MUTUAL INSURANCE COMPANY, an Oregon Corporation; and DOES 1 – 100, ROE Corporations I – X, inclusive,<br><br>Defendants. | Case No. 2:13-cv-00387<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice. A Stipulated Discovery Plan & Scheduling Order Pursuant to LR 26-1(e) has been filed. No trial date has been set.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

2:13-cv-00387

STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Each party will bear their own costs and attorneys' fees.

Dated: November 8, 2013

HAMILTON LAW

By: _____
Ryan Hamilton, Esq.
Nevada Bar No. 11587
5125 S. Durango Dr., Suite C
Las Vegas, NV 89113
Attorneys for Plaintiff
LISA LUCERO

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
Jared P. Green
Nevada Bar No. 10059
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Attorneys for Defendant OREGON MUTUAL INSURANCE COMPANY

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be dismissed with prejudice;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any jury fees posted by Defendant be returned to McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP attorneys for Defendant.

DATED November 20, 2013.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

DATED this ___ day of November, 2013

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By _____
Jared P. Green
Nevada Bar No. 10059
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Attorneys for Defendant OREGON MUTUAL INSURANCE COMPANY

66371-00083 2724878.1