Jared P. Green
Nevada Bar No. 10059
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:  (702) 949-1100
Facsimile:   (702) 949-1101
Email:        jared.green@mccormickbarstow.com

Attorneys for Defendant OREGON MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA LUCERO, an Individual,<br><br>  Plaintiff,<br><br>v.<br><br>OREGON MUTUAL INSURANCE COMPANY, an Oregon Corporation; and DOES 1 – 100, ROE Corporations I – X, inclusive,<br><br>  Defendants. | Case No. 2:13-cv-00387<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice. A Stipulated Discovery Plan & Scheduling Order Pursuant to LR 26-1(e) has been filed.  No trial date has been set.

///
///
///
///
///
///

Each party will bear their own costs and attorneys' fees.

Dated: November 8, 2013

| HAMILTON LAW | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
|---|---|
| By: /s/ Ryan Hamilton<br>Ryan Hamilton, Esq.<br>Nevada Bar No. 11587<br>5125 S. Durango Dr., Suite C<br>Las Vegas, NV 89113<br>Attorneys for Plaintiff<br>LISA LUCERO | By: /s/ Jared P. Green<br>Jared P. Green<br>Nevada Bar No. 10059<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113<br>Attorneys for Defendant OREGON<br>MUTUAL INSURANCE COMPANY |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above entitled action be dismissed with prejudice;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any jury fees posted by Defendant be returned to McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP attorneys for Defendant.

DATED November 20, 2013.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

DATED this ___ day of November, 2013

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By _____
Jared P. Green
Nevada Bar No. 10059
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Attorneys for Defendant OREGON MUTUAL INSURANCE COMPANY

66371-00083 2724878.1